UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

   - v. -

AMABLE ARISTY,

         Defendant.

- - - - - - - - - - - - - - - - - - x

INDICTMENT

**15 CRIM 505**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 30 2015

## COUNT ONE

The Grand Jury charges:

1. From at least on or about July 16, 2015, up to and including at least on or about July 17, 2015, in the Southern District of New York and elsewhere, AMABLE ARISTY, the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that AMABLE ARISTY, the defendant, and others known and unknown, would and did distribute and possess with the intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substances that AMABLE ARISTY, the defendant, conspired to distribute and possess with the intent to distribute, were (1) five hundred grams and more of mixtures and

substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B); and (2) a quantity of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Section 846.)

### COUNT TWO

4. On or about July 17, 2015, in the Southern District of New York and elsewhere, AMABLE ARISTY, the defendant, intentionally and knowingly distributed and possessed with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

5. The controlled substance involved in the offense was five hundred grams and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B).

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(B).)

### COUNT TWO

6. On or about July 16, 2015, in the Southern District of New York and elsewhere, AMABLE ARISTY, the defendant, intentionally and knowingly distributed and possessed with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

7.  The controlled substance involved in the offense was a quantity of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C).)

## FORFEITURE ALLEGATION

8.  As a result of committing the controlled substance offense alleged in Count One of this Indictment, AMABLE ARISTY, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting and derived from any proceeds the defendant obtained directly or indirectly as a result of the offense and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense alleged in Count One of this Indictment.

## SUBSTITUTE ASSET PROVISION

9.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

   a.  cannot be located upon the exercise of due diligence;

   b.  has been transferred or sold to, or deposited with, a third person;

3

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

    (Title 21, United States Code, Section 853.)


_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v. -

### AMABLE ARISTY,

Defendant.

### INDICTMENT

15 Cr.

(Title 21, United States Code, Sections 812, 841, and 846.)

PREET BHARARA
United States Attorney.

A TRUE BILL

Foreperson.

7/30/15 Fld Indictment, Case assigned to Judge Ramos.

Pitman, USMJ