UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                :
                                         :          ORDER
        -v-                              :
                                         :          15-CR-505 (ER)
AMABLE ARISTY,                           :
                                         :
                    Defendant.           :
------------------------------------------------------------ X

Ramos, D.J.:

A telephonic conference and bail hearing will be held on **February 11, 2021 at 10:30 a.m.**

Counsel is directed to call the Court at (877) 411-9748 and use access code 302 9857# when prompted.  (Members of the press and public may call the same number, but will not be permitted to speak during the conference.)

SO ORDERED.

Dated: February 5, 2021                  _____
       New York, New York                         Edgardo Ramos
                                             United States District Judge