**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

## MEMO ENDORSED

April 13, 2021

*Via ECF*
The Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> The April 20 telephone conference is adjourned to May 11, 2021 at 10:30 a.m. The parties are instructed to call (877) 411-9748 and enter access code 3029857# when prompted.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __4/13/2021__
> New York, New York

Re:   *United States v. Amable Aristy,* 15 CR 505 (ER)

Dear Judge Ramos:

With the consent of the government, I write to seek an adjournment of the next conference in the above-reference supervised release matter, currently scheduled for April 20, 2021. I will be on trial that week before Judge Schofield. I understand the Court and all of the parties are available on May 11, 2021 at 10:30. We ask that the conference be adjourned until then at which time the parties are prepared to resolve the pending violations.

Thank you.

Respectfully submitted,
/s/ Julia Gatto
Julia L. Gatto, Esq.
Assistant Federal Defender
212.417.8750

cc:   all parties (via ECF)